UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE FUND FOR ANIMALS, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**STEVEN WILLIAMS, et al.,** )<br>)<br>**Defendants.** )<br>)<br>and )<br>)<br>**THE U.S. SPORTSMEN'S ALLIANCE**<br>**FOUNDATION, et al.** )<br>)<br>**Defendant-Intervenors.** )<br>) | Civil Action No. 03-677 (RMU) |

**JOINT MOTION TO ADOPT A SCHEDULE FOR BRIEFING A MOTION TO COMPEL AND/OR SUPPLEMENT THE ADMINISTRATIVE RECORD**

Despite extensive negotiations and the filing of several supplemental volumes to the Administrative Record for the above captioned case, Plaintiffs and Defendants have been unable to resolve all of the issues regarding the adequacy of the Administrative Record for this case. Therefore, the Parties are proposing the following briefing schedule for a motion to supplement and/or compel and have obtained the consent of the Defendant-Intervenors. In support of this motion and to further update the Court on the Parties' progress, the Parties state as follows:

1.  The Plaintiffs and Defendants have made considerable progress in addressing many issues with the Administrative Record that was served on January 7, 2004. These efforts have resulted in two supplements to the Record consisting of 11 additional volumes of pertinent documents. Because several outstanding issues remain to be resolved between the Parties

regarding the adequacy of the Administrative Record, the Parties are asking this Court to set a briefing schedule for a motion to compel and/or supplement the Record.

2. The Parties believe that one or more of the outstanding issues regarding the Record could still potentially be resolved without the Court's involvement.  Thus, we are asking for sufficient time to allow the Parties to complete their discussions and then proceed with a motion to compel and/or supplement on the remaining issues should that be necessary.  In the event that the Parties can address all of the remaining Record issues without the Court's involvement, we will advise the Court and alternatively, propose a summary judgment briefing schedule.

3. In light of the above, we request that the Court adopt a schedule under which:

Plaintiffs will file their motion to compel and/or supplement with the Court by February 1, 2005,

Defendants will file a response by February 15, 2005,

and Plaintiffs will file a reply by March 1, 2005.

For these reasons, the Parties respectfully request that the Court enter the proposed briefing schedule for a motion to supplement and/or compel the Administrative Record.  A proposed order is attached.

                Respectfully submitted,

                _____/s/_____
                TANYA SANERIB. D.C. Bar #473506
                JONATHAN R. LOVVORN, D.C. Bar  # 461163
                Meyer & Glitzenstein
                1601 Connecticut Avenue, NW, #700
                Washington, DC 20009
                (202) 588-5206

                Attorneys for Plaintiffs

          /s/
KENNETH L. WAINSTEIN D.C. Bar # 451058
United States Attorney

          /s/
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

          /s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Attorneys for Defendants

Dated: December 15, 2004