# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| THE FUND FOR ANIMALS *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 03-0677 (RMU) |
| | : | | |
| v. | : | Document No.: | 35 |
| | : | | |
| STEVEN WILLIAMS *et al.*, | : | | |
| | : | | |
| Defendants, | : | | |
| | : | | |
| and | : | | |
| | : | | |
| THE U.S. SPORTSMEN'S ALLIANCE FOUNDATION *et al.*, | : | | |
| | : | | |
| Defendant-Intervenors, | : | | |

# ORDER

### GRANTING DEFENDANTS AND DEFENDANT-INTERVENORS' MOTION FOR PARTIAL DISMISSAL

For the reasons stated in the accompanying Memorandum Opinion, it is this 26th day of September, 2005,

**ORDERED** that the defendants and defendant-intervenors' motion to dismiss for partial dismissal is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge
